

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 6062
CCHIANESE@SIDLEY.COM

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 30, 2025

May 29, 2025

**By ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lynn Ama, et al. v. Piping Rock Health Products Inc., et al.*
      Case No. 1:25-cv-03787-AS
      <u>Letter Motion for Extension of Responsive Deadline & Setting Briefing Schedule</u>

Dear Judge Subramanian:

We write on behalf of Defendants Piping Rock Health Products, Inc. ("Piping Rock") and Nature's Truth, LLC ("Nature's Truth") (collectively, "Defendants"), along with Plaintiffs Lynn Ama, Carolanne Holder, Tiffini Smith, and Maggy Gousse ("Plaintiffs") (collectively with Defendants, the "Parties"). The Parties jointly request an extension of Defendants' time to respond to Plaintiffs' Complaint and a briefing schedule consistent with that extension, as outlined below.

On May 6, 2025, Plaintiffs filed their Complaint. Plaintiffs served the Complaint on Piping Rock on May 14, 2025, making June 4, 2025 its deadline to respond to the Complaint. Plaintiffs attempted to serve Nature's Truth the same day, but the Parties disagree as to whether that service was effective. To resolve that disagreement and otherwise facilitate the orderly progression of these proceedings, the Parties have conferred and respectfully jointly request that the following briefing schedule be set:

(1) Defendants' motion to dismiss to be filed by June 16, 2025
(2) Plaintiffs' opposition to be filed by July 16, 2025
(3) Defendants' reply to be filed by July 30, 2025

Entering the Parties' agreed briefing schedule will streamline these proceedings by setting a single briefing schedule for both Defendants, obviate Plaintiffs' need to re-attempt service on Nature's Truth, and resolve the Parties' outstanding dispute over service. This is the Parties' first request for an extension. The Parties' next scheduled appearance before the Court is the initial pretrial conference currently set for August 19, 2025.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

May 29, 2025
Page 2

  We thank the Court for its time and attention to this matter.

                   Respectfully submitted,

| | |
|---|---|
| Amy P. Lally (*pro hac vice* forthcoming)<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: alally@sidley.com | By: */s/ Christina Prusak Chianese*<br>Christina Prusak Chianese<br>(Lead Trial Counsel)<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: cchianese@sidley.com<br><br>Rara Kang (*pro hac vice* forthcoming)<br>SIDLEY AUSTIN LLP<br>350 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: rkang@sidley.com<br><br>*Counsel for Piping Rock Health Products, Inc. and Nature's Truth, LLC* |

cc: All counsel of record (via ECF)