

> Given plaintiffs' intent to amend, defendants' motion to dismiss is DENIED as moot without prejudice to reinstatement.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 17.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: June 26, 2025

June 25, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Lynn Ama, et al. v. Piping Rock Health Products Inc., et al.*
             Case No. 1:25-cv-03787
             Notice re: Amendment of Complaint

Dear Judge Subramanian:

    We represent Plaintiffs in the above referenced matter and provide this notice pursuant to your Individual Practices in Civil Cases Section 8.G.ii.

    Defendants filed a motion to dismiss on June 16, 2025. Dkt. No. 17. Upon review, and in light of your Individual Practices, Plaintiffs intend to file an amended complaint pursuant to Fed.R.Civ. P. 15(a)(1) no later than July 7, 2025.

DATED: June 25, 2025

Respectfully submitted,

Michael D. Braun
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Email: mdb@kuzykclassactions.com

*Counsel for Plaintiffs*