

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 6062
CCHIANESE@SIDLEY.COM

GRANTED. The initial pretrial conference is ADJOURNED to September 22, 2025. Same time, same dial-in.

July 15, 2025

The Clerk of Court is directed to terminate the motion at Dkt. 27.

**By ECF**

SO ORDERED.

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Arun Subramanian, U.S.D.J.
Dated: July 21, 2025

Re:   *Lynn Ama, et al. v. Piping Rock Health Products Inc., et al.*
      Case No. 1:25-cv-03787-AS
      Letter Motion for Extension of Responsive Deadline, Setting of Briefing
      Schedule, and Adjournment of Initial Pretrial Conference

Dear Judge Subramanian:

We write on behalf of Defendant Nature's Truth, LLC ("Nature's Truth" or "Defendant"), along with Plaintiffs Lynn Ama, Carolanne Holder, Tiffini Smith, and Maggy Gousse ("Plaintiffs") (collectively with Defendant, the "Parties"). The Parties jointly request a briefing schedule for Defendant's forthcoming motion to dismiss Plaintiffs' Amended Complaint and adjournment of the initial pretrial conference currently set for August 19, 2025, as outlined below.

On June 16, 2025, Nature's Truth and former Defendant Piping Rock Health Products, Inc. ("Piping Rock") filed a Motion to Dismiss Plaintiffs' Complaint pursuant to an agreed schedule entered by the Court. Rather than opposing the Motion to Dismiss, Plaintiffs filed an amended complaint and voluntarily dismissed Piping Rock from the lawsuit. Nature's Truth's current deadline to respond to the Amended Complaint is July 21, 2025. The Parties have once again conferred following the filing of the Amended Complaint, and in light of their respective schedules, propose the following briefing schedule consistent with the schedule agreed to and ordered by the Court in the first round of motion-to-dismiss briefing:

(1) Defendant's motion to dismiss the Amended Complaint to be filed by August 6, 2025
(2) Plaintiffs' opposition to be filed by September 5, 2025
(3) Defendant's reply to be filed by September 19, 2025

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

July 15, 2025
Page 2

      The Parties also jointly request the Court adjourn and reschedule the initial pretrial conference currently set for August 19, 2025, to a time after this Court's decision on Nature's Truth's motion to dismiss the Amended Complaint.

      This is the Parties' first request for an extension relating to Plaintiffs' Amended Complaint and the Parties' first request for an adjournment of a pretrial conference. The Parties' next scheduled appearance before the Court is the August 19, 2025, initial pretrial conference referenced above.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

| | |
|---|---|
| Amy P. Lally (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: alally@sidley.com | By: */s/ Christina Prusak Chianese*<br>Christina Prusak Chianese<br>(Lead Trial Counsel)<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: cchianese@sidley.com<br><br>Rara Kang (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>350 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: rkang@sidley.com<br><br>*Counsel for Nature's Truth, LLC* |

cc:    All counsel of record (via ECF)